# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

JOHNNY MACIAS,                                     ) No. CV 15-3711-PLA
                                                   )
                    Plaintiff,                     )
                                                   ) **JUDGMENT**
        v.                                         )
                                                   )
CAROLYN W. COLVIN, ACTING                          )
COMMISSIONER OF SOCIAL                             )
SECURITY ADMINISTRATION,                           )
                                                   )
                    Defendant.                     )
_____ )

    In accordance with the Memorandum Opinion filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

Security Administration, is reversed and this case is remanded to defendant for further

proceedings consistent with this Memorandum Opinion.

DATED:  March 21, 2016

                                        _____
                                                    PAUL L. ABRAMS
                                          UNITED STATES MAGISTRATE JUDGE